IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| KENYA ROSHAY GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV 605-129 |
| ) | |
| MIKE KILE, Sheriff; MICHAEL ) | |
| MULDREW, Assistant District Attorney; ) | |
| and SCREVEN COUNTY SHERIFF'S ) | |
| DEPARTMENT; ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants Muldrew and SCSD are **DISMISSED**. Plaintiff's claims regarding his "selective prosecution," harms to other inmates, pretrial bond, medical care, meals, legal mail, retaliation, and access to legal materials are also **DISMISSED** as incognizable.

SO ORDERED this 27 day of June, 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA